UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff

                                    DECISION and ORDER

-vs-

                                    11-CR-6166

SAMUEL MALDONADO,

                Defendant

_____

This case was referred by text order of the undersigned, entered October 4, 2011, ECF No. 12 to Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On November 8, 2011, Defendant filed an omnibus motion, ECF No. 17, seeking *inter alia* suppression of oral and written statements made to law enforcement at the time of his arrest. On February 17, 2012, Magistrate Judge Payson filed a Report and Recommendation ("R&R"), ECF No. 27, recommending that the Court deny Defendant's motion to suppress. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, Defendant's application to suppress statements is denied.

IT IS SO ORDERED.

Dated: Rochester, New York
       March 8, 2012

            ENTER:

                                    */s/ Charles J. Siragusa*
                                    CHARLES J. SIRAGUSA
                                    United States District Judge